IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNE A. SMITH, | : | |
| Petitioner, | : | 1:16-cv-0362 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| JAMES T. TICE, *et al.*, | : | |
| Respondents. | : | |

## ORDER

**September 16, 2016**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is DISMISSED as time-barred by the statute of limitations. *See* 28 U.S.C. § 2244(d).

2. There is no basis for the issuance of a certificate of appealability. 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to CLOSE this case.

                                                            s/ John E. Jones III
                                                            John E. Jones III
                                                            United States District Judge